Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 23 PM 12:12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

LYMS, INC.; WENDY YOUNGREN AND CATHY MEANS AS SUCCESSOR TRUSTEES OF THE LYMOS 401(k) SAVINGS PLAN.

vs

BRUCE MILLIMAKI AND MICHAEL EFFERT, FORMER TRUSTEES OF THE LYMOS 401(k) SAVINGS PLAN; GARY BERMAN, INDIVIDUALLY,
   Defendants

## SUMMONS IN A CIVIL ACTION

Case No. 08-cv-1210-JLS-NLS

FIRST AMENDED COMPLAINT FOR BREACHES OF FIDUCIARY DUTY UNDER THE EMPLOYEE RETIREMENT INCOME SECURITY ACT ("ERISA"), 29 U.S.C. Section 1001 et seq.; NEGLIGENCE AND BREACH OF CONTRACT UNDER 29 USC Section 1367(a)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

PETA LEWIS HALLISEY
BRANTON & WILSON, APC
701 B STREET, SUITE 1255
SAN DIEGO, CA 92101

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                          JUL 2 3 2008
_____         _____
           CLERK                                      DATE
       J. PARIS

By _____ , Deputy Clerk

Summons in a Civil Action                                  Page 1 of 2

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)