```
 1  Peta Lewis Hallisey [SBN 114501]
    BRANTON & WILSON, APC
 2  701 B Street, Suite 1255
    San Diego, California 92101
 3  Telephone:  (619) 236-1891
    Facsimile:  (619) 236-8005
 4  E-mail:     plhallisey@brantonwilson.com

 5  Stephen L. Schreiner [SBN 112802]
    SOLOMON WARD SEIDENWURM & SMITH LLP
 6  401 B Street, Suite 1200
    San Diego, California 92101
 7  Telephone:  (619) 231-0303
    Facsimile:  (619) 231-4755
 8  E-mail:     sschreiner@swsslaw.com

 9  Attorneys for Plaintiffs LYMS, INC.,
    WENDY YOUNGREN, and CATHY MEANS
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYMS, INC.; WENDY YOUNGREN and CATHY MEANS, as Successor Trustees Of the LYMOS 401(K) Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>BRUCE MILLIMAKI and MICHAEL EGGERT, Former Trustees of the LYMOS 401(K) Savings Plan; GARY BERMAN, Individually,<br><br>Defendants. | Case No:  08-CV-1210-JLS-NLS<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Stephen L. Schreiner of Solomon Ward Seidenwurm & Smith LLP, 401 B Street, Suite 1200, San Diego, California 92701, telephone (619) 231-0303, facsimile: (619) 615-3502, email address: sschreiner@swsslaw.com, hereby appears in this action as co-counsel for plaintiffs LYMS, Inc., and Wendy Youngren and Cathy Means, as successor trustees of the LYMOS 401(k) Savings Plan.

1   All future ECF filings in this matter should also be served on Stephen L. Schreiner.

2

3   DATED: July 25, 2008         SOLOMON WARD SEIDENWURM & SMITH, LLP

4

5                                By:   /Stephen L. Schreiner
                                       Mail: sschreiner@swsslaw.com
6                                      Attorneys for Plaintiffs LYMS, INC.,
                                       WENDY YOUNGREN, and CATHY MEANS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I caused the **NOTICE OF APPEARANCE** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

| Peta Lewis Hallisey<br>BRANTON & WILSON, APC<br>701 B Street, Suite 1255<br>San Diego, California 92101<br>Telephone: (619) 236-1891<br>Facsimile:  (619) 236-8005<br>E-mail:    plhallisey@brantonwilson.com | Attorneys for Plaintiff<br>LYMS, Inc. Wendy Youngren and Cathy Means |
|---|---|

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

None.

/s/ Stephen L. Schreiner
STEPHEN L. SCHREINER