Summons in a Civil Action (Rev 11/97)

FILED
2008 AUG 1 PM 12: 26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

LYMS, INC.; WENDY YOUNGREN
AND CATHY MEANS AS SUCCESSOR
TRUSTEES OF THE LYMOS 401(k)
SAVINGS PLAN
vs

BRUCE MILLIMAKI AND MICHAEL
EFFERT, FORMER TRUSTEES OF
THE LYMOS 401(k) SAVINGS
PLAN; GARY BERMAN,
INDIVIDUALLY,
  Defendants

**SUMMONS IN A CIVIL ACTION**

Case No. 08-cv-1210-JLS-NLS

FIRST AMENDED COMPLAINT FOR BREACHES
OF FIDUCIARY DUTY UNDER THE EMPLOYEE
RETIREMENT INCOME SECURITY ACT
("ERISA"), 29 U.S.C. Section 1001
et seq.; NEGLIGENCE AND BREACH OF
CONTRACT UNDER 29 USC Section 1367(a)

TO: (Name and Address of Defendant)

GARY BERMAN
L & S PENSION SERVICES
9747 BUSINESSPARK AVENUE
SAN DIEGO, CA  92131

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

PETA LEWIS HALLISEY
BRANTON & WILSON, APC
701 B STREET, SUITE 1255
SAN DIEGO, CA  92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUL 2 3 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action                                                              Page 1 of 2

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | July 25, 2008 |
| NAME OF SERVER  Brian Walter | TITLE | Process Server |

Check one box below to indicate appropriate method of service

[XX] Served personally upon the defendant. Place where served:  9747 Businesspark Avenue
San Diego, CA 92131

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $ 59.00 |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 7/28/08

Date 7/28/08   Signature of Server

917 W. Grape St., San Diego, CA  92101

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

:ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)