1  MARC S. SCHECHTER (State Bar No. 116190)
   SUSAN L. METER (State Bar No. 236133)
2  ELIZABETH M. SALES (State Bar No. 250992)
   Butterfield Schechter◆LLP
3  10616 Scripps Summit Court, Suite 200
   San Diego, California 92131
4  (858) 444-2300
   (858) 444-2345 Fax
5  E-mail:    mschechter@bsllp.com
              smeter@bsllp.com
6             esales@bsllp.com

7  Attorneys for Defendants BRUCE MILLIMAKI & MICHAEL EGGERT

8                  **UNITED STATES DISTRICT COURT**

9                  **SOUTHERN DISTRICT OF CALIFORNIA**

| 10  LYMS, INC.; WENDY YOUNGREN AND CATHY MEANS AS SUCCESSOR | Case No.: 08-cv-1210 JLS NLS |
|---|---|

10  LYMS, INC.; WENDY YOUNGREN AND        Case No.: 08-cv-1210 JLS NLS
    CATHY MEANS AS SUCCESSOR
11  TRUSTEES OF THE LYMOS 401(K) PLAN,    JOINT MOTION FOR EXTENSION OF
                                          TIME FOR DEFENDANTS BRUCE
12           Plaintiffs,                  MILLIMAKI AND MICHAEL EGGERT TO
                                          ANSWER OR OTHERWISE RESPOND TO
13        v.                              PLAINTIFFS' FIRST AMENDED
                                          COMPLAINT (FIRST REQUEST)
14  BRUCE MILLIMAKI AND MICHAEL
    EGGERT, FORMER TRUSTEES OF THE
15  LYMOS 401(K) PLAN; GARY BERMAN,
    INDIVIDUALLY,
16
             Defendants.
17

18
        Plaintiffs LYMS, Inc., Wendy Youngren and Cathy Means as Successor Trustees of the
19
    Lymos 401(k) Plan ("Plaintiffs") and Defendants Bruce Millimaki ("Millimaki") and Michael
20
    Eggert ("Eggert") hereby submit this Joint Motion for Extension of Time for Defendants Bruce
21
    Millimaki and Michael Eggert to Answer or Otherwise Respond to Plaintiffs' First Amended
22
    Complaint and, in support thereof, aver as follows:
23
        1.    On July 21, 2008, Plaintiffs filed their First Amended Complaint ("FAC") against
24
    Millimaki and Eggert among other Defendants.
25
        2.    Plaintiffs have agreed to extend the time for which Millimaki and Eggert have to
26
    respond to the Complaint until August 25, 2008.  This is the first extension requested by
    BUTTERFIELD 27
    SCHECHTER       Millimaki and Eggert.
    ◆ LLP 28

{00142290.DOC}

1    WHEREFORE, Plaintiffs and Defendants Millimaki and Eggert respectfully request this

2 Court grant this Joint Motion for Extension of Time for Defendants Bruce Millimaki and

3 Michael Eggert to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint.

4 DATED: August 4, 2008          BUTTERFIELD SCHECHTER LLP

5

6                                By:  s/Susan L. Meter

7                                     SUSAN L. METER
                                      Attorneys for Defendants Bruce Millimaki and
8                                     Michael Eggert
                                      smeter@bsllp.com

9 DATED: August 4, 2008          BRANTON & WILSON, APC

10

11                               By:   s/Peta Lewis Hallisey

12                                     PETA LEWIS HALLISEY
                                       Attorneys for Plaintiffs
13                                     plhallisey@brantonwilson.com

14
DATED: August 4, 2008          SOLOMON WARD SEIDENWURM & SMITH LLP
15

16
                                 By:   s/Stephen L. Schreiner
17                                     STEPHEN L. SCHREINER
                                       Attorneys for Plaintiffs
18                                     sschreiner@swsslaw.com

19

20

21

22

23

24

25

26

BUTTERFIELD  27
SCHECHTER
  ◆ LLP  28

{00142290.DOC}

- 2 -
JOINT MOTION FOR EXTENSION OF TIME
Case No.: 08-cv-1210 JLS NLS

**CERTIFICATE OF SERVICE**

I, Susan L. Meter, hereby declare:

On August 4, 2008, I caused the following document to be electronically served:

• JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS BRUCE MILLIMAKI AND MICHAEL EGGERT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT (FIRST REQUEST)

on the interested parties who have agreed to accept e-filing as effective service in this action by

filing this through the CM/ECF system to the following e-mail addresses:

plhallisey@brantonwilson.com

sschreiner@swsslaw.com

who are the attorneys for Plaintiffs in this matter.

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct, and that this declaration was executed on August 4, 2008, at San

Diego, California.


DATED: August 4, 2008                s/Susan L. Meter
                                     SUSAN L. METER

BUTTERFIELD
SCHECHTER
◆ LLP

{00142290.DOC}