1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYMS, INC.; WENDY YOUNGREN AND CATHY MEANS AS SUCCESSOR TRUSTEES OF THE LYMOS 401(K) PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>BRUCE MILLIMAKI AND MICHAEL EGGERT, FORMER TRUSTEES OF THE LYMOS 401(K) PLAN; GARY BERMAN, INDIVIDUALLY,<br><br>Defendants. | Case No.: 08-cv-1210 JLS NLS<br><br>**ORDER: GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Pursuant to the Joint Motion for Extension of Time for Defendants Bruce Millimaki and Michael Eggert to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint (FIRST REQUEST), the Court hereby orders that the time for Defendants Bruce Millimaki and Michael Eggert, to answer or otherwise respond to Plaintiffs' first amended complaint is extended until August 25, 2008.

IT IS SO ORDERED.

DATED: August 6, 2008

*Janis L. Sammartino*
HON. JANIS L. SAMMARTINO
U.S. DISTRICT COURT JUDGE