UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYMS, INC., et al, ) | Civil No. 08cv1210-JLS(NLS) |
| )  Plaintiffs, ) | |
| v. ) | ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE FOR |
| ) BRUCE MILLIMAKI, et al, ) | MOTION TO QUASH OR MODIFY SUBPOENA |
| ) Defendants. ) | [Docket NO. 75.] |

On October 5, 2009, non-party Means & Associates, LLC filed a Motion to Quash or Modify a subpoena issued in this case, with a hearing date set for November 4, 2009. [Docket No. 69.] On October 20, 2009, Plaintiff, Defendants, and Means & Associates filed a Joint Motion to Continue the Hearing Date for the Motion to Quash in order to allow additional time for the dispute to be resolved informally and without court intervention. [Docket No. 72.] On October 21, 2009, the Court granted the motion and continued the hearing date to November 30, 2009. [Docket No. 73.] On November 13, 2009, the parties filed a second Joint Motion to Continue the Hearing Date for the Motion to Quash in order to allow additional time for the dispute to be resolved informally and without court intervention. [Docket No. 75.]

//
//
//
//

1 |      Good Cause Appearing, It Is Hereby Ordered that the Motion is Granted and the Hearing is Continued to January 4, 2010 at 2:00 p.m.  The parties are cautioned, however, that any additional requests for a continuance will need to be supported by a showing of good cause and circumstances not currently foreseeable.

     IT IS SO ORDERED.

DATED:  November 16, 2009

                            Hon. Nita L. Stormes
                            U.S. Magistrate Judge
                            United States District Court