Marc S. Schechter, Bar No. 116190
Susan L. Meter, Bar No. 236133
Elizabeth Van Clief, Bar No. 250992
BUTTERFIELD SCHECHTER◆LLP
10616 Scripps Summit Court, Ste. 200
San Diego, California 92131-3961
(858)444-2300/FAX (858)444-2345
mschechter@bsllp.com
smeter@bsllp.com
evc@bsllp.com

Attorneys for Defendants/Countclaimants Bruce
Millimaki & Michael Eggert

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYMS, INC.; WENDY YOUNGREN AND CATHY MEANS AS SUCCESSOR TRUSTEES OF THE LYMOS 401(k) SAVINGS PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>BRUCE MILLIMAKI AND MICHAEL EGGERT, FORMER TRUSTEES OF THE LYMOS 401(k) SAVINGS PLAN; GARY BERMAN, INDIVIDUALLY,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. 08-cv-1210 AJB NLS<br><br>Assigned For All Purposes To:<br>Judge: Hon. Anthony J. Battaglia<br>Dept: Courtroom 12, Second Floor<br><br>NOTICE OF NAME CHANGE<br><br>Complaint Filed: July 7, 2008<br>Trial Date:   None set |

NOTICE IS HEREBY GIVEN by Defendants/Countclaimants Bruce Millimaki & Michael Eggert's counsel of record, Elizabeth M. Sales, of her name change to Elizabeth Van Clief. Further notice is given that Ms. Van Clief's e-mail address has changed from esales@bsllp.com to evc@bsllp.com.

DATED: November 29, 2011          BUTTERFIELD SCHECHTER◆LLP

By:   s/Elizabeth Van Clief
MARC S. SCHECHTER
SUSAN L. METER
ELIZABETH VAN CLIEF
Attorneys for Defendants/Countclaimants
Bruce Millimaki & Michael Eggert

{00198424.DOC}

Notice of Name Change                                     1                              Case No. 08-cv-1210 AJB NLS

**PROOF OF SERVICE**

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of San Diego, California, and my business address is 10616 Scripps Summit Court, Suite 200, San Diego, California 92131-3961.

On **November 29, 2011**, I caused to be served the following documents:

**NOTICE OF NAME CHANGE**

☐ **BY FIRST-CLASS MAIL:** I caused such envelopes to be deposited in the United States mail, at San Diego, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile #) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY ELECTRONIC FILING SERVICE:** Complying with Fed. R.Civ. P. 5(b)(2)(D), my electronic business address is evc@bsllp.com and I caused such document(s) to be electronically served for the above-entitled case to those parties on the Service List below. The file transmission was reported complete and a copy will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelop or package clearly labeled to identify the person being served, to be personally served via on the parties listed on the service list below at their designated business address.

☐ By personally delivering the copies;

☐ By leaving the copies at the attorney's office;

☐ With a receptionist, or with a person having charge thereof; or

☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States

1  Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is
2  presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.
3
   Executed on November 29, 2011, at San Diego, California.
4

5
                                                    /S/ Elizabeth Van Clief
6                                              ELIZABETH M. VAN CLIEF

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

BUTTERFIELD
SCHECHTER    27
   ◆ LLP
             28

{00198424.DOC}

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>SERVICE LIST</u>**

5724.01

LYMS, Inc. et. al. v. Bruce Millimaki, et al.

rmocciaro@f-rlaw.com            aliska@aalapc.com

BUTTERFIELD
SCHECHTER
◆ LLP

{00198424.DOC}